CLOSED,CASREF,MEDIATION−CJB,PATENT

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:14−cv−01308−LPS−CJB

Good Technology Corporation et al v. MobileIron Inc  
Assigned to: Judge Leonard P. Stark  
Referred to: Judge Christopher J. Burke  
 Related Case:   1:14−cv−01092−LPS−CJB  
Cause: 35:271 Patent Infringement  

Date Filed: 10/14/2014  
Date Terminated: 04/13/2015  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

**Plaintiff**

**Good Technology Corporation**     represented by **Benjamin J. Schladweiler**  
Ross Aronstam & Moritz LLP  
100 S. West Street, Suite 400  
Wilmington, DE 19801  
(302)576−1600  
Email: bschladweiler@ram−llp.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Collins J. Seitz , Jr.**  
Seitz Ross Aronstam & Moritz LLP  
100 S. West Street, Suite 400  
Wilmington, DE 19801  
(302) 576−1600  
Email: cseitz@seitzross.com  
*TERMINATED: 03/26/2015*  
*ATTORNEY TO BE NOTICED*

**Edward G. Poplawski**  
Email: epoplawski@wsgr.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Laura E. Evans**  
Email: levans@wsgr.com  
*TERMINATED: 03/26/2015*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Lisa D. Zang**  
Email: lzang@wsgr.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Olivia M. Kim**  
Email: okim@wsgr.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Good Technology Software Inc.** | represented by | **Benjamin J. Schladweiler** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Collins J. Seitz , Jr.** (See above for address) *TERMINATED: 03/26/2015* *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **MobileIron Inc** | represented by | **Cathy C. Shyong** Email: cshyong@orrick.com *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Indra Neel Chatterjee** Email: nchatterjee@orrick.com *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Julia Heaney** Morris, Nichols, Arsht & Tunnell LLP 1201 North Market Street P.O. Box 1347 Wilmington, DE 19899 (302) 658–9200 Email: jhefiling@mnat.com *ATTORNEY TO BE NOTICED* |
| | | **Misasha C. Suzuki** Email: msuzuki@orrick.com *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Vickie L. Feeman** Email: vfeeman@orrick.com *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Jack B. Blumenfeld** Morris, Nichols, Arsht & Tunnell LLP 1201 North Market Street P.O. Box 1347 Wilmington, DE 19899 (302) 658–9200 Email: jbbefiling@mnat.com *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | |
|---|---|
| **MobileIron Inc** | represented by |

**Jack B. Blumenfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Good Technology Corporation**  represented by  **Benjamin J. Schladweiler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Collins J. Seitz , Jr.**
(See above for address)
*TERMINATED: 03/26/2015*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Good Technology Software Inc.**  represented by  **Benjamin J. Schladweiler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Collins J. Seitz , Jr.**
(See above for address)
*TERMINATED: 03/26/2015*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Good Technology Software Inc.**  represented by  **Benjamin J. Schladweiler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Collins J. Seitz , Jr.**
(See above for address)
*TERMINATED: 03/26/2015*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Good Technology Corporation**  represented by  **Benjamin J. Schladweiler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Collins J. Seitz , Jr.**
(See above for address)
*TERMINATED: 03/26/2015*
*ATTORNEY TO BE NOTICED*

**Laura E. Evans**

        (See above for address)
        *TERMINATED: 03/26/2015*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**MobileIron Inc**      represented by   **Jack B. Blumenfeld**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2014 | Ï 1 | COMPLAINT FOR PATENT INFRINGEMENT filed with Jury Demand against MobileIron Inc – Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311–1607079.) – filed by Good Technology Corporation. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(aah) (Entered: 10/15/2014) |
| 10/14/2014 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (aah) (Entered: 10/15/2014) |
| 10/14/2014 | Ï 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 8,117,344 B2; (aah) (Entered: 10/15/2014) |
| 10/14/2014 | Ï 4 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Good Technology Corporation for Good Technology Software Inc. filed by Good Technology Software Inc.(rwc) (Entered: 10/15/2014) |
| 10/15/2014 | Ï | Summons Issued with Magistrate Consent Notice attached as to MobileIron Inc on 10/15/2014. Requesting party or attorney should pick up issued summons at the Help Desk, Room 4209, or call 302–573–6170 and ask the Clerk to mail the summons to them. (aah) (Entered: 10/15/2014) |
| 10/20/2014 | Ï 5 | SUMMONS Returned Executed by Good Technology Software Inc., Good Technology Corporation. MobileIron Inc served on 10/17/2014, answer due 11/7/2014. (Schladweiler, Benjamin) (Entered: 10/20/2014) |
| 10/22/2014 | Ï | Case Assigned to Judge Leonard P. Stark. Please include the initials of the Judge (LPS) after the case number on all documents filed. (rjb) (Entered: 10/22/2014) |
| 10/27/2014 | Ï 6 | ORAL REFERRAL ORDER: This case will be governed by Judge Stark's Revised Procedures for Managing Patent Cases (see www.ded.uscourts.gov). In accordance with the Revised Procedures, IT IS HEREBY ORDERED that: 1. any and all matters relating to scheduling, including entry of a Scheduling Order, are referred to Magistrate Judge Burke; 2. any and all motions to dismiss, stay, and/or transfer venue, relating to all or any part of the case, whenever such motions may be filed, are referred to Judge Burke for disposition or report and recommendation, to the full extent permitted by the Constitution, statute, and rule; and 3. within seven (7) days of the date of this Referral Order, the plaintiff(s) shall file the Procedures Order, which is found on Judge Stark's website (see www.ded.uscourts.gov). ORDERED by Judge Leonard P. Stark on 10/27/14. (ntl) (Entered: 10/27/2014) |
| 10/29/2014 | Ï 7 | ANSWER to 1 Complaint, with Jury Demand , COUNTERCLAIM against Good Technology Corporation, Good Technology Software Inc. by MobileIron Inc. (Attachments: # 1 Exhibit 1 & 2)(Blumenfeld, Jack) (Entered: 10/29/2014) |

| | | |
|---|---|---|
| 10/29/2014 | Ï 8 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by MobileIron Inc. (Blumenfeld, Jack) (Entered: 10/29/2014) |
| 10/29/2014 | Ï 9 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 8,869,307 B2; 8,340,633 B1; . (Blumenfeld, Jack) (Entered: 10/29/2014) |
| 10/29/2014 | Ï | ORAL ORDER: IT IS HEREBY ORDERED that the parties shall meet and confer and discuss, in person and/or by telephone, each of the matters listed on Chief Judge Stark's Case Management Checklist ("Checklist"). Within thirty (30) days from the date of this Order, the parties shall jointly file the following: (i) a copy of the "Checklist" indicating the names of Lead Counsel and Delaware Counsel for each party; (ii) a proposed Scheduling Order (consistent with the Chief Judge Stark's Revised Patent Form Scheduling Order); and (iii) a letter, not to exceed three pages, that contains the following: (a) a description of what this case is about; (b) the parties' positions regarding the disputes in the proposed Scheduling Order, and (c) an indication of any additional issues (other than Scheduling Order disputes) the parties believe it would be fruitful to discuss during the upcoming Case Management Conference. Thereafter, the Court will schedule an in−person Case Management Conference/Rule 16 Scheduling Conference to be held with Judge Stark and/or Judge Burke. The Checklist and Revised Patent Form Scheduling Order can be found on this Court's website (www.ded.uscourts.gov/judge/chief−judge−leonard−p−stark). Signed by Judge Christopher J. Burke on 10/29/2014. (dlk) (Entered: 10/29/2014) |
| 10/30/2014 | Ï 10 | MOTION for Pro Hac Vice Appearance of Attorney Edward G. Poplawski, Laura E. Evans and S. Ferrell Alman, Jr. − filed by Good Technology Corporation, Good Technology Software Inc.. (Schladweiler, Benjamin) (Entered: 10/30/2014) |
| 10/31/2014 | Ï | SO ORDERED, re 10 MOTION for Pro Hac Vice Appearance of Attorney Edward G. Poplawski, Laura E. Evans and S. Ferrell Alman, Jr. filed by Good Technology Corporation, Good Technology Software Inc., Good TechnologySoftware Inc. Signed by Judge Leonard P. Stark on 10/31/14. (ntl) (Entered: 10/31/2014) |
| 10/31/2014 | Ï 11 | PROPOSED ORDER [Proposed] Procedures Order by Good Technology Corporation, Good Technology Software Inc.. (Schladweiler, Benjamin) (Entered: 10/31/2014) |
| 10/31/2014 | Ï | SO ORDERED D.I. 11 Proposed Procedures Order filed by Good Technology Corporation, Good Technology Software Inc., Good TechnologySoftware Inc. Ordered by Judge Christopher J. Burke on 10/31/2014. (dlk) (Entered: 10/31/2014) |
| 11/04/2014 | Ï | Pro Hac Vice Attorney Laura E. Evans for Good Technology Corporation added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (els) (Entered: 11/04/2014) |
| 11/24/2014 | Ï 12 | ANSWER to 7 Answer to Complaint, Counterclaim */ Plaintiffs' Answer to Defendant MobileIron's Counterclaims and Counterclaims for Declaratory Judgment of Patent Noninfringement and Invalidity*, COUNTERCLAIM against MobileIron Inc by Good Technology Software Inc., Good Technology Corporation.(Schladweiler, Benjamin) (Entered: 11/24/2014) |
| 12/01/2014 | Ï 13 | Joint STIPULATION TO EXTEND TIME for the parties to submit the Case Management Checklist, the proposed Scheduling Order and the letter described in the Court's October 29, 2014 Oral Order to December 8, 2014 − filed by Good Technology Corporation, Good Technology Software Inc.. (Schladweiler, Benjamin) (Entered: 12/01/2014) |
| 12/01/2014 | Ï | SO ORDERED D.I. 13 Joint STIPULATION TO EXTEND TIME for the parties to submit the Case Management Checklist, the proposed Scheduling Order and the letter described in the Court's October 29, 2014 Oral Order to December 8, 2014 filed by Good Technology Corporation, Good Technology Software Inc., Good TechnologySoftware Inc. Ordered by Judge Christopher J. Burke on 12/1/2014. (dlk) (Entered: 12/01/2014) |

| | | |
|---|---|---|
| 12/08/2014 | ï 14 | Joint Letter to The Honorable Leonard P. Stark and The Honorable Christopher J. Burke from Benjamin J. Schladweiler regarding Joint Case Management Checklist and Proposed Scheduling Order. (Attachments: # 1 Case Management Checklist, # 2 [Proposed] Scheduling Order)(Schladweiler, Benjamin) (Entered: 12/08/2014) |
| 12/12/2014 | ï 15 | NOTICE of SERVICE of Plaintiffs Good Technology Corporation and Good Technology Software, Inc.'s First Set of Requests for Production (Nos. 1–127) by Good Technology Corporation, Good Technology Software Inc. (Schladweiler, Benjamin) (Entered: 12/12/2014) |
| 12/12/2014 | ï | Order Setting Case Management Conference: A Conference is set for 1/5/2015 at 01:30 PM in Courtroom 2A before Judge Christopher J. Burke. Ordered by Judge Christopher J. Burke on 12/12/2014. Modified on 12/15/2014 (dlk). (Entered: 12/12/2014) |
| 12/15/2014 | ï | CORRECTING ENTRY: Associated case 14–1092 has been removed from entry setting the 1/5/2015 CMC conference. Associated Cases: 1:14–cv–01308–LPS–CJB, 1:14–cv–01092–LPS–CJB(dlk) (Entered: 12/15/2014) |
| 12/18/2014 | ï | Order Resetting Case Management Conference: A Conference is set for 1/29/2014 at 01:30 PM in Courtroom 2A before Judge Christopher J. Burke. Ordered by Judge Christopher J. Burke on 12/18/2014. (dlk) (Entered: 12/18/2014) |
| 12/18/2014 | ï 16 | ANSWER to 12 Answer to Counterclaim,,, by MobileIron Inc.(Heaney, Julia) (Entered: 12/18/2014) |
| 12/22/2014 | ï 17 | NOTICE OF SERVICE of Initital Disclosures filed by Good Technology Corporation, Good Technology Software Inc..(Schladweiler, Benjamin) (Entered: 12/22/2014) |
| 12/23/2014 | ï 18 | NOTICE OF SERVICE of Defendant MobileIron, Inc.'s Initial Disclosures filed by MobileIron Inc.(Blumenfeld, Jack) (Entered: 12/23/2014) |
| 12/30/2014 | ï | Oral Order Resetting Scheduling Conference: A Scheduling Conference is set for 1/26/2015 at 01:30 PM in Courtroom 2A before Judge Christopher J. Burke. Ordered by Judge Christopher J. Burke on 12/30/2014. (dlk) (Entered: 12/30/2014) |
| 01/06/2015 | ï | Pro Hac Vice Attorney Edward G. Poplawski for Good Technology Corporation added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (rbe) (Entered: 01/06/2015) |
| 01/07/2015 | ï 19 | NOTICE OF SERVICE of (1) Defendant MobileIron, Inc.'s First Set of Interrogatories (Nos. 1–15) and (2) Defendant MobileIron, Inc.'s First Set of Requests for Production (Nos. 1–78) filed by MobileIron Inc.(Heaney, Julia) (Entered: 01/07/2015) |
| 01/08/2015 | ï 20 | MOTION for Pro Hac Vice Appearance of Attorney I. Neel Chatterjee, Vickie L. Feeman, Misasha C. Suzuki and Cathy C. Shyong – filed by MobileIron Inc. (Heaney, Julia) (Entered: 01/08/2015) |
| 01/08/2015 | ï | SO ORDERED, re 20 MOTION for Pro Hac Vice Appearance of Attorney I. Neel Chatterjee, Vickie L. Feeman, Misasha C. Suzuki and Cathy C. Shyong filed by MobileIron Inc. Signed by Judge Leonard P. Stark on 1/8/15. (ntl) (Entered: 01/08/2015) |
| 01/08/2015 | ï 21 | NOTICE of SERVICE of Plaintiffs Good Technology Corporation and Good Technology Software, Inc.'s First Set of Interrogatories (Nos. 1–13) by Good Technology Corporation, Good Technology Software Inc. (Schladweiler, Benjamin) (Entered: 01/08/2015) |
| 01/09/2015 | ï 22 | MOTION to Transfer Case to Northern District of California – filed by MobileIron Inc. (Heaney, Julia) (Entered: 01/09/2015) |
| 01/09/2015 | ï 23 | OPENING BRIEF in Support re 22 MOTION to Transfer Case to Northern District of California filed by MobileIron Inc.Answering Brief/Response due date per Local Rules is 1/26/2015. (Heaney, |

| | | |
|---|---|---|
| | | Julia) (rpg). (Entered: 01/09/2015) |
| 01/09/2015 | Ï 24 | DECLARATION re 22 MOTION to Transfer Case to Northern District of California *of Suresh Batchu* by MobileIron Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Heaney, Julia) (Entered: 01/09/2015) |
| 01/09/2015 | Ï 25 | DECLARATION re 22 MOTION to Transfer Case to Northern District of California *of I. Neel Chatterjee* by MobileIron Inc. (Attachments: # 1 Exhibit A−O)(Heaney, Julia) (Entered: 01/09/2015) |
| 01/09/2015 | Ï 26 | [SEALED] EXHIBIT re 25 Declaration */Exhibits C & G to Declaration of I. Neel Chatterjee* by MobileIron Inc. (Heaney, Julia) (Entered: 01/09/2015) |
| 01/12/2015 | Ï | CORRECTING ENTRY: D.I. 23 deleted and replaced per counsel's request on 1/12/2015. (rpg) (Entered: 01/12/2015) |
| 01/12/2015 | Ï 27 | MOTION for Pro Hac Vice Appearance of Attorney Lisa D. Zang − filed by Good Technology Corporation, Good Technology Software Inc.. (Schladweiler, Benjamin) (Entered: 01/12/2015) |
| 01/13/2015 | Ï | SO ORDERED, re 27 MOTION for Pro Hac Vice Appearance of Attorney Lisa D. Zang filed by Good Technology Corporation, Good Technology Software Inc., Good TechnologySoftware Inc. Signed by Judge Leonard P. Stark on 1/13/15. (ntl) (Entered: 01/13/2015) |
| 01/14/2015 | Ï | Pro Hac Vice Attorney Lisa D. Zang for Good Technology Corporation added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (dmp, ) (Entered: 01/14/2015) |
| 01/16/2015 | Ï 28 | REDACTED VERSION of 26 Exhibit to a Document */ Exhibits C & G to Declaration of I. Neel Chatterjee* by MobileIron Inc. (Heaney, Julia) (Entered: 01/16/2015) |
| 01/22/2015 | Ï | Pro Hac Vice Attorney Vickie L. Feeman,Cathy C. Shyong,Misasha C. Suzuki,Indra Neel Chatterjee for MobileIron Inc added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (dmp, ) (Entered: 01/22/2015) |
| 01/22/2015 | Ï 29 | NOTICE OF SERVICE of Defendant MobileIron, Inc.'s Responses to Plaintiff's First Set of Requests for Production (Nos. 1−127) filed by MobileIron Inc.(Heaney, Julia) (Entered: 01/22/2015) |
| 01/26/2015 | Ï | ORAL ORDER: In light of the weather conditions and a request from counsel, the Scheduling Conference set for 1/26/2015 at 01:30 PM in Courtroom 2A before Judge Christopher J. Burke will be rescheduled to a date to be determined. Ordered by Judge Christopher J. Burke on 1/26/2015. (dlk) (Entered: 01/26/2015) |
| 01/26/2015 | Ï 30 | MEMORANDUM in Opposition re 22 MOTION to Transfer Case to Northern District of California */ Plaintiffs Good Technology Corporation and Good Technology Software, Inc.'s Opposition to Defendant MobileIron, Inc.'s Motion to Transfer Venue* filed by Good Technology Corporation, Good Technology Software Inc..Reply Brief due date per Local Rules is 2/5/2015. (Attachments: # 1 Exhibit A)(Schladweiler, Benjamin) (Entered: 01/26/2015) |
| 01/26/2015 | Ï 31 | DECLARATION re 30 Memorandum in Opposition, *Declaration of Laura E. Evans* by Good Technology Corporation, Good Technology Software Inc.. (Attachments: # 1 Exhibits A − K, # 2 Exhibits L − R, # 3 Exhibits S − V, # 4 Exhibit W)(Schladweiler, Benjamin) (Entered: 01/26/2015) |
| 01/27/2015 | Ï | Order Resetting Case Management/Scheduling Conference: A Scheduling Conference is set for 2/9/2015 at 01:30 PM in Courtroom 2A before Judge Christopher J. Burke. Ordered by Judge Christopher J. Burke on 1/27/2015. (dlk) (Entered: 01/27/2015) |

| | | |
|---|---|---|
| 02/05/2015 | Ï 32 | REPLY BRIEF re 22 MOTION to Transfer Case to Northern District of California *[MobileIron Inc.'s Reply Brief in Support of Its Motion to Transfer Venue]* filed by MobileIron Inc. (Heaney, Julia) (Entered: 02/05/2015) |
| 02/06/2015 | Ï 33 | NOTICE of SERVICE of Plaintiffs Good Technology Corporation and Good Technology Software, Inc.'s Responses to Defendant MobileIron, Inc.'s (i) First Set of Interrogatories (Nos. 1–15), and (ii) First Set of Requests for Production (Nos. 1–78) by Good Technology Corporation, Good Technology Software Inc. (Schladweiler, Benjamin) (Entered: 02/06/2015) |
| 02/09/2015 | Ï 34 | NOTICE OF SERVICE of Defendant MobileIron, Inc.'s Response to Plaintiffs' First Set of Interrogatories (Nos. 1–13) filed by MobileIron Inc.(Heaney, Julia) (Entered: 02/09/2015) |
| 02/09/2015 | Ï | Minute Entry for proceedings held before Judge Christopher J. Burke – Scheduling Conference held on 2/9/2015. (Court Reporter Stacy Ingrahm (Hawkins).) (dlk) (Entered: 03/20/2015) |
| 02/13/2015 | Ï 35 | Letter to The Honorable Leonard P. Stark and The Honorable Christopher J. Burke from Benjamin J. Schladweiler regarding Joint Proposed Scheduling Order. (Attachments: # 1 Exhibit 1)(Schladweiler, Benjamin) (Entered: 02/13/2015) |
| 02/19/2015 | Ï 36 | SCHEDULING ORDER: Joinder of Parties due by 6/15/2015. Amended Pleadings due by 6/15/2015. Discovery due by 3/1/2016. Status Report due by 1/11/2016. Dispositive Motions due by 8/8/2016. A Motion Hearing is set for 10/4/2016 at 01:00 PM in Courtroom 6B before Judge Leonard P. Stark A Markman Hearing is set for 10/19/2015 at 01:00 PM in Courtroom 6B before Judge Leonard P. Stark. A Pretrial Conference is set for 1/6/2017 at 11:30 AM in Courtroom 6B before Judge Leonard P. Stark. A Jury Trial is set for 3/13/2017 at 09:30 AM in Courtroom 6B before Judge Leonard P. Stark. (See Order for further details and deadlines). Signed by Judge Christopher J. Burke on 2/18/2015. (dlk) (Entered: 02/19/2015) |
| 02/25/2015 | Ï 37 | Official Transcript of Case Management Conference held on February 9, 2015 before Magistrate Judge Christopher J. Burke. Court Reporter Stacy Ingram of Hawkins Reporting Service, Telephone (302) 658–6697. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 3/18/2015. Redacted Transcript Deadline set for 3/30/2015. Release of Transcript Restriction set for 5/26/2015. (bpg) (Entered: 02/25/2015) |
| 03/10/2015 | Ï 38 | ORDER Setting Mediation Conference: A Telephone Conference is set for 6/15/2015 at 10:00 AM before Judge Christopher J. Burke to discuss ADR.Ordered by Judge Christopher J. Burke on 3/10/2015. (dlk) (Entered: 03/10/2015) |
| 03/13/2015 | Ï 39 | NOTICE of SERVICE of Plaintiffs and Counter–Defendants Good Technology Corporation and Good Technology Software, Inc.'s (i) Initial Disclosure of Asserted Patents, Accused Products, and Damages Model, and (ii) Initial Disclosures Pursuant to Paragraph 3 of the District of Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI") by Good Technology Corporation, Good Technology Software Inc. (Schladweiler, Benjamin) (Entered: 03/13/2015) |
| 03/13/2015 | Ï 40 | NOTICE OF SERVICE of (1) Counterclaim Plaintiff MobileIron, Inc.'s Initial Identification Pursuant to Paragraph 8(a) of the Court's Scheduling Order and (2) Defendant and Counterclaim Plaintiff MobileIron, Inc.'s Initial Disclosures Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI") filed by MobileIron Inc.(Heaney, Julia) (Entered: 03/13/2015) |
| 03/23/2015 | Ï 41 | PROPOSED ORDER /Stipulated and [Proposed] Protective Order by MobileIron Inc. (Heaney, Julia) (Entered: 03/23/2015) |
| 03/25/2015 | Ï | |

| | | |
|---|---|---|
| | | SO ORDERED D.I. 41 Proposed Protective Order filed by MobileIron Inc. Ordered by Judge Christopher J. Burke on 3/25/2015. (dlk) (Entered: 03/25/2015) |
| 03/26/2015 | Ï 42 | MOTION for Pro Hac Vice Appearance of Attorney Olivia M. Kim – filed by Good Technology Corporation, Good Technology Software Inc.. (Schladweiler, Benjamin) (Entered: 03/26/2015) |
| 03/26/2015 | Ï | SO ORDERED, re 42 MOTION for Pro Hac Vice Appearance of Attorney Olivia M. Kim filed by Good Technology Corporation, Good Technology Software Inc., Good TechnologySoftware Inc. Signed by Judge Leonard P. Stark on 3/26/15. (ntl) (Entered: 03/26/2015) |
| 03/26/2015 | Ï 43 | NOTICE of Withdrawal of Counsel – Collins J. Seitz, Jr. and Laura E. Evans by Good Technology Corporation, Good Technology Software Inc. (Schladweiler, Benjamin) (Entered: 03/26/2015) |
| 03/27/2015 | Ï 44 | MEMORANDUM ORDER GRANTING D.I. 22 MOTION to Transfer Case to Northern District of California filed by MobileIron Inc. Signed by Judge Christopher J. Burke on 3/27/2015. (dlk) (Entered: 03/27/2015) |
| 04/01/2015 | Ï | Pro Hac Vice Attorney Olivia M. Kim for Good Technology Corporation added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (dmp, ) (Entered: 04/01/2015) |
| 04/13/2015 | Ï | Case transferred to District of California (Northern). Original file, transfer order, and docket sheet sent electronically. (dlk) (Entered: 04/13/2015) |